IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

ROGER COUSINS,

        Movant,

v.                                 CIVIL ACTION NO.  5:12-cv-08697
                                   (Criminal No. 5:11-cr-00090-23)

UNITED STATES OF AMERICA,

        Respondent.

**MEMORANDUM OPINION AND ORDER**

On December 10, 2012, the Movant filed a *Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody* (Document 749).  By *Standing Order* (Document 751) entered on that date, the matter was referred to the Honorable R. Clarke VanDervort, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636.

On December 3, 2015, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 818) wherein it is recommended that this Court deny the Movant's § 2555 motion.  Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by December 21, 2015, and none were filed by either party.

The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed.  *Thomas v. Arn*, 474 U.S. 140, 150 (1985).   Failure to file

timely objections constitutes a waiver of *de novo* review and the Movant's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** that the Movant's *Motion Under 28 U.S.C. §2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody* (Document 749) be **DENIED** and that this case be **REMOVED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge VanDervort, counsel of record, and any unrepresented party.

                                          ENTER:     January 4, 2016

                                          IRENE C. BERGER
                                          UNITED STATES DISTRICT JUDGE
                                          SOUTHERN DISTRICT OF WEST VIRGINIA